# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| FIRST MAGNUS FINANCIAL CORP., an Arizona corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 05-0169-CV-W-DW ) |
| ROBERT ELLIS FOSTER, MARY C. FOSTER, CAPITAL MORTGAGE GROUP d/b/a AMERICAN FEDERAL MORTGAGE, ADVAHOME, L.L.C., RONALD EDWARDS, and REX ACKER, | ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER

Before the Court is the Parties' Agreed Order of Dismissal. (Doc. 120). Pursuant to the Stipulation, this case is DISMISSED WITH PREJUDICE. Fed. R. Civ. Proc. 41(a)(1)(ii). The Court shall retain jurisdiction, however, to enforce the terms of the settlement agreement. The Clerk of the Court shall mark this case as closed.

IT IS SO ORDERED.

Date: March 23, 2007                             /s/ DEAN WHIPPLE
                                                  Dean Whipple
                                                  United States District Judge